RECVD'06 FEB 28 16:16USDC-ORP

FILED'06 MAR 13 15:30USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MICHAEL CLIFTON OWEN,**           **Civ. No. 05-940-HU**

                **Petitioner,**           **ORDER DISMISSING HABEAS CORPUS PETITION**

    **vs.**

**BRIAN BELLEQUE,**

                **Respondent.**

---

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 124 S.Ct. 2531 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from June 22, 2005, until sixty days after the date of the decision rendering *Blakely* retroactively

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

applicable.   If *Blakely* is made retroactive and the Petitioner moves to reopen this case during

the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as

to properly plead all *Blakely*-based claims in this Court.

     IT IS SO ORDERED this 13 day of March, 2006.

The Honorable ~~Dennis J. Hubel~~ Michael Mosman

U.S. District ~~Magistrate~~ Judge

Submitted by:

Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE